# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-09-00695-CR

**John Ellis, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. D-1-DC-09-301521, HONORABLE CHARLES F. BAIRD, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant John Ellis seeks to appeal a judgment of conviction for delivery of a controlled substance. The trial court has certified that Ellis waived his right of appeal. A waiver of the right to appeal that is freely and voluntarily made is binding upon the appellant. *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003). The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Diane M. Henson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Jurisdiction

Filed: January 27, 2010

Do Not Publish